AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Rebecca Russell
*Plaintiff*
v.
Commissioner of Social Security
*Defendant*

Civil Action No. 3:16-cv-413

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: ORDERED that: the Report and Recommendation is ADOPTED in full; Commissioner's non-disability determination is AFFIRMED; and case is terminated on the docket of the Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendation

Date: 2/2/2018

CLERK OF COURT

Sophia R. Bryan
*Signature of Clerk or Deputy Clerk*